UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ADIS POGOSYAN,<br>Petitioner,<br>v.<br>TODD LYONS, et al.,<br>Respondents. | No. 5:26-cv-05334-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the Petition is denied and dismissed with prejudice, though nothing herein precludes Petitioner from requesting a bond hearing before an immigration judge in his ongoing immigration proceedings.

Dated: September 25, 2026__

JOHN D. EARLY
United States Magistrate Judge